AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**LEGACY COMMERCIAL
FLOORING LTD.,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO.  C2-10-486**

**UNITED AMERICAN HEALTHCARE**    **JUDGE EDMUND A. SARGUS, JR.**
**CORPORATION, et al.,**    **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed March 28, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 28, 2011        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk